# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

139583

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CITIZENS INSURANCE COMPANY OF
AMERICA,
   Plaintiff-Counter-Defendant-
   Appellee,

v

FRANCIS LADI, LAURA WILSON,
MARK SOKOLOWSKI and LISA
SOKOLOWSKI, CHARLES CRADDUCK and
DIANA CRADDUCK, DEBORAH YAGER,
MARK YAGER ESTATE, MEGAN YAGER,
MARK YAGER, KATIE YAGER,
EMILY YAGER, MARCELLA YAGER,
TADEUSZ DOBROWOLSKI, JANET
DOBROWOLSKI, CHRISTOPHER
DOBROWOLSKI, ADAM DOBROWOLSKI,
KYLE DOBROWOLSKI, RICHARD DAVIS,
SECOND CHANCE, FIREWORKS NORTH,
INC, MICHAEL JAY, GLENN CRAWFORD,
LAWRENCE GRISE and DENNIS HALVERSON,
   Defendants,

and

AUTO OWNERS INSURANCE CO,
   Intervening-Counter-Plaintiff-
   Appellant.

SC: 139583
COA: 283557
Charlevoix CC: 99-184718-CK

_____/

   On order of the Court, the application for leave to appeal the July 21, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

p1214

           Clerk